IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDRIDGE CURRIE, G-44516,<br><br>  Petitioner,<br><br> vs.<br><br>GREG D. LEWIS, Warden,<br><br>  Respondent. | )<br>)<br>) No. C 11-5194 CRB (PR)<br>)<br>) ORDER<br>)<br>) (Docket #23)<br>)<br>)<br>) |

Petitioner has filed a notice of appeal and a request for a certificate of appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). He also has filed a motion for appointment of counsel on appeal.

As noted in the court's May 13, 2013 order denying the petition for a writ of habeas corpus, a COA is granted as to petitioner's <u>Batson</u> claim. But a COA is denied as to petitioner's other claims because petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

Petitioner's motion for appointment of counsel (docket # 23) is denied without prejudice to his renewing the motion in the court of appeals.

The clerk shall forward to the court of appeals the case file with this order. <u>See</u> <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: June 12, 2013

CHARLES R. BREYER
United States District Judge

N:\Currie, A.11-5194.coa.wpd