IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDRIDGE CURRIE,<br><br>　　　　Petitioner-Appellant,<br><br>　v.<br><br>NEIL MCDOWELL,<br><br>　　　　Respondent-Appellee. | No. C 11-5194 CRB<br><br>**ORDER GRANTING CONDITIONAL WRIT OF HABEAS CORPUS** |

Currie has requested that the Court issue a conditional writ of habeas corpus. See Application (dkt. 43). In June 2016, the Ninth Circuit remanded this case "with instructions to issue a conditional writ of habeas corpus requiring Currie's release from custody unless the State elects to retry Currie within a reasonable time period to be determined by the district court." See Ninth Circuit Opinion (dkt. 38) at 22. The Court thus ISSUES a conditional writ of habeas corpus requiring Currie's release unless the state elects to retry him within (60) days from the entry of this Order.

**IT IS SO ORDERED.**

Dated: July 20, 2016

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE